# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

UNCLAIMED DIVIDENDS/DISTRIBUTION LESS THAN $5 FOR DEPOSIT TO REGISTRY FUND

DEBTOR(S):   Barbara Ann Overman

CASE NUMBER:   09-37692:

PLEASE CHECK ONE:

☐   UNCLAIMED DIVIDENDS

**X**   DISTRIBUTION LESS THAN $5

| CREDITOR (NAME AND LAST KNOWN ADDRESS) | CLAIM NO. | AMOUNT CLAIMED | DISTRIBUTION AMOUNT |
|---|---|---|---|
| Minnesota Higher Education Self Loans-Claims 1450 Energy Park Drive, Suite 350 St. Paul, MN 55108-5227 | 3 | $2,448.75 | $3.43 |
| HSBC Bank Nevada, N.A. c/o Bass & Associates, P.C. 3936 E. Ft. Lowell Road, Suite 200 Tucson, AZ 85712 | 6 | 2,491.72 | $3.48 |

DATE   2/24/11

TRUSTEE [signature]

DISTRIBUTION:
Original to Clerk of Court